**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:

                                                      CASE NO. 6:26-bk-02802-TPG

FRANCISCO DANIEL HERNANDEZ                    Chapter 13

                         Debtor     /
_____

**DEBTOR(S)' VERIFIED**
**MOTION TO EXTEND AUTOMATIC STAY**

Debtor(s), **FRANCISCO DANIEL HERNANDEZ**, seeks entry of an order

extending the automatic stay under 11 U.S.C. § [362(c)(3)(C) or 362(c)(4)(D)].

1.      Debtor(s) filed this bankruptcy case (PRO SE) on April 20, 2026.

2.      Debtor retained counsel on Aril 27, 2026.

3.      Absent an order of the Court, the automatic stay will terminate on

May 20, 2026.

4.      On October 10, 2026, Debtor(s) previously filed a Chapter 13 case, Case No.

6:25-bk-06504-TPG in the Middle District of Florida (Orlando Division).

5.      The most recently filed prior case was dismissed on December 1, 2025 for the

following reasons(s):

X  failure to commence making plan payments.
☐ failure to make plan payments.
X  failure to file a plan.
☐ failure to confirm a plan.
X  failure to file other required documents (list):
    -Summary of Assets
    -Schedules A-C
    -Schedules E-J
    -Statement of Financial Affairs

-Statement of Income
-Chapter 13 Plan
-Creditor Matrix.

6. *History of Previously Filed Bankruptcy Cases.* (check the box that that applies)

**X**   Other than the most recently filed prior case, Debtor(s) has/had had no other pending bankruptcy cases in the preceding one-year period; or

☐ Debtor(s) has/had that following bankruptcy case(s) pending in the one-year period before filing this case, which was/were dismissed for the following reason(s):

| | |
|---|---|
| Case No.: | |
| District: | |
| Date Filed: | |
| Reason for Dismissal: | |

7.      *Comparison of Debtor's Income and Expenses in Current Case and the Most Recently Filed Prior Case:* [use the most recent Schedules I/J, as amended, from the prior case]:

| | Current Case | Prior Case 6:25-bk-06504 |
|---|---|---|
| Schedule I Net income (line 12) | $ 16,501.80 | No schedules filed |
| Schedule J Monthly Expenses (line 22c) | $ 4,900.00 | No schedules filed |
| Schedule J Monthly Net Income (line 23c) | $ 11,601.80 | No schedules filed |
| Plan Payment | $ 11,601.80 | No plan filed |
| Wage Order | No | No |

8.      *Plan Payments made in Prior Case(s):*

Case No. **6:25-bk-06504-TPG**        $0.00

9.      *Motions for Relief from the Automatic Stay in Prior Case(s).* Prior to the dismissal

of any case(s) pending in the one-year period before the filing of this case, there were no motions for relief from the automatic stay that (a) the Court granted, or (b) were pending, except:

[None]

10.     ***Change in Personal or Financial Circumstances***. As set forth below, Debtor(s)' personal or financial circumstances have substantially changed since the filing of the most recent prior case such that the reason for dismissal in that case is not likely to recur:

-In the previous case, Debtor was unable to complete the bankruptcy as Debtor was going through a legal separation from his partner and unexpected expenses arose.  The Debtor has now hired the firm to be able to complete his bankruptcy to its entirety.

**WHEREFORE**, Debtor(s) respectfully request that the Court enter an order extending the automatic stay as to all creditors until such time as the stay would terminate as a matter of law under 11 U.S.C. §§ 362(c)(1) or (c)(2) or until further order of the Court.

Respectfully Submitted

/s/ Jonathan D Eichelberger
Jonathan D Eichelberger, Esq.
Florida Bar No. 71748
Myers, Eichelberger & Russo, P.L.
6996 Piazza Grande Ave., Suite 315
Orlando, FL 32835
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: jon@theMElawfirm.com

3

**DEBTOR(S) VERIFICATION STATEMENT AND SIGNATURE**

I, **FRANCISCO DANIEL HERNANDEZ**, declare [or certify, verify, or state] under penalty of perjury that the foregoing is true and correct.

I, **FRANCISCO DANIEL HERNANDEZ**, declare [or certify, verify, or state] under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| _____ | 05-19-2026 |
| Signature of Debtor | Dated |

| | |
|---|---|
| _____ | _____ |
| Signature of Joint Debtor | Dated |

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via NEF/ECF to all the parties registered to receive electronic notices. Same was also served to Laurie K. Weatherford, Chapter 13 Trustee (ecf@c13orl.com), United States Trustee -ORL7/13, 7 ustp.region21.or.ecf@usdoj.gov), and all parties on the mailing matrix on May 19, 2026.

Respectfully Submitted

/s/ Jonathan D Eichelberger
Jonathan D Eichelberger, Esq.
Florida Bar No. 71748
Myers, Eichelberger & Russo, P.L.
6996 Piazza Grande Ave., Suite 315
Orlando, FL 32835
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: jon@theMElawfirm.com

4

Label Matrix for local noticing
113A-6
Case 6:26-bk-02802-TPG
Middle District of Florida
Orlando
Thu May 14 21:36:08 EDT 2026

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

World Omni Financial Corp
Tripp Scott PA
c/o Charles M. Tatelbaum
110 SE 6th ST, 15th Floor
Fort Lauderdale, FL 33301-5004

American Express
CorrespondenceBankruptcy
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Chase Card Services
Attn: Bankruptcy
P.O. Box 15299
Wilmington, DE 19850-5299

Comenity Capital/IDD
Attn: Bankruptcy
P.O. Box 183003
Columbus, OH 43218-3003

Concora Credit
Genesis FS Card Services
P.O. Box 4477
Beaverton, OR 97076-4401

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road
Suite 3000
Southfield, MI 48034-8331

FERRARI FINANCIAL SERVICES
PO BOX 510
Buffalo, NY 14231-0510

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Internal Revenue Services
c/o Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Mohela/Navient
633 Spirit Drive
Chesterfield, MO 63005-1243

Nr/sms/cal
P.O. Box 10826
Greenville, SC 29603-0826

Planet Home Lending, LLC
321 Research Parkway
Suite 303
Meriden, CT 06450-8342

SST
Attn: Bankruptcy
4315 Pickett Road
St Joseph, MO 64503-1600

Selene Finance
Attn: Bankruptcy
P.O. Box 8619
Philadelphia, PA 19101-8619

Selene Finance LP
P.O. Box 8619
Abington, PA 19001-8619

Seminole County Tax Collector
Post Office Box 630
Sanford FL 32772-0630

Syncb/hdceap
Attn: Bankruptcy Department
P.O. Box 965065
Orlando, FL 32896-5065

Telecom Self-reported
P.O. Box 4500
Allen, TX 75013-1311

The Wilhelm Trust
321 Research Pkwy
Ste 303
Meriden, CT 06450-8342

U.S. BANK TRUST NATIONAL ASSOCIATION
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA
April Howard
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

WSFS
Attn: Bankruptcy
500 Delaware Avenue
Wilmington, DE 19801-1490

Westlake Portfolio Management
Attn: Bankruptcy
P.O. Box 76809
Los Angeles, CA 90076-0809

World Omni Financial Corp.
Attn: Bankruptcy
6150 Omni Park Drive
Mobile, AL 36609-5195

World Omni Financial Corp.
c/o Charles M. Tatelbaum & David A. Ray
Tripp Scott P.A.
110 SE 6th Street
Suite 1500
Fort Lauderdale, FL 33301-5039

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Francisco Daniel Hernandez
374 Vista Oak Dr
Longwood, FL 32779-3067

Jonathan D Eichelberger
Myers & Eichelberger, P.L.
6996 Piazza Grande Ave
Suite 315
Orlando, FL 32835-8756

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

Mohela/Dept. of Edu.
Mohela, Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Insurance Selfreported

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34